1

2

3

4                          UNITED STATES DISTRICT COURT

5                        NORTHERN DISTRICT OF CALIFORNIA

6

7   MANUEL AZEVEDO,

8          Plaintiff(s),                    No. C 11-4781 PJH

9       v.                                  **ORDER SCHEDULING TELEPHONIC
                                            CASE MANAGEMENT CONFERENCE**
10  ASSAL CORPORATION, et al.,

11         Defendant(s).
    _____/
12
        One or more of the parties has requested to appear telephonically at the Case
13
    Management Conference ("CMC") scheduled for **January 12, 2012, at, 2:00 p.m**. The
14
    courtroom is not equipped for telephonic appearances, but the court will conduct a
15
    conference in chambers with **all** parties appearing telephonically before the regular CMC
16
    calendar. The conference will occur on **January 12, 2012 at 1:30 p.m.** The party/attorney
17
    requesting a telephonic appearance shall initiate the call to all parties and to the court at
18
    (510) 637-1291.
19
        IT IS SO ORDERED.
20
    Dated: January 9, 2012
21
                                            _____
22                                          PHYLLIS J. HAMILTON
                                            United States District Judge
23

24

25

26

27

28