UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL AZEVEDO,

    Plaintiff(s),

    v.

ASSAL CORPORATION, et al.,

    Defendant(s).
_____/

No. C 11-4781 PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **January 12, 2012, at, 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **January 12, 2012 at 1:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

IT IS SO ORDERED.

Dated: January 9, 2012

                                                  PHYLLIS J. HAMILTON
                                                United States District Judge