UNITED STATES DISTRICT COURT<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANUEL AZEVEDO, | No. C 11-04781 PJH (LB) |
| Plaintiff(s), | |
| v. | **ORDER REGARDING SETTLEMENT CONFERENCE** |
| ASSAL CORPORATION, ET AL., | |
| Defendant(s). | |
| _____/ | |

The court's settlement order at ECF No. 21 at 4 sets forth the following requirements regarding a settlement demand:

> c. <u>Settlement Discussions.</u> Except to the extent prohibited by applicable rules of privilege, describe the history and current status of any settlement negotiations, including the parties' positions on settlement (including present demands and offers), a summary of past settlement discussions, and a current reasonable proposal of settlement. If there have been no prior settlement discussions, Plaintiff must serve a demand on Defendant in writing no later than fourteen days before the conference, outlining its theories for recovery, the supporting facts, and damages. Plaintiff must include its demand in its exchanged settlement conference statement. Defendant must include its response to the demand in its exchanged settlement conference statement.

Plaintiff's papers set forth a demand made in August 2011. It is not clear whether this is the current demand. To ensure a productive settlement conference, the court asks Plaintiff to communicate a demand to Defendant by no later than Thursday, August 2, 2012, at noon. Defendant must respond to Plaintiff no later than noon on Friday, August 3, 2012, and email

Plaintiff's demand and Defendant's response to the court's orders box at lbpo@cand.uscourts.gov at the same time.

The court's settlement information also requires the parties to submit (confidentially if they wish) their "litigation costs and **attorney's fees** to date and estimated costs, fees and time projected for further discovery, pretrial proceedings, and trial." *Id.* at 4-5. To the extent that this information is not in the settlement papers, the parties must email it to the orders box by Wednesday, August 1, 2012, at 4 p.m.

The court also assumes that this section is not an issue, but reminds Defendant that an insured party must bring a representative of the carrier to the settlement conference. *See* Order, ECF No. 21, at 2.

**IT IS SO ORDERED.**

Dated: July 31, 2012

LAUREL BEELER
United States Magistrate Judge